**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 24-6879**

─────────

BILLY G. ASEMANI,

               Petitioner - Appellant,

     v.

U.S. DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; OFFICE OF DETENTION AND REMOVAL,

               Respondents - Appellees.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah Lynn Boardman, District Judge.  (1:24-cv-01480-DLB)

─────────

Submitted:  April 15, 2025                         Decided:  April 29, 2025

─────────

Before GREGORY and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Billy G. Asemani, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani appeals the district court's order dismissing his petition without prejudice for lack of jurisdiction.  On appeal, Asemani has moved to seal the record in this appeal.  We have reviewed the record and find no reversible error as to the district court's conclusion that it lacked jurisdiction to grant the relief sought by Asemani.  With respect to his motion to seal, Asemani has not satisfied the requirements of 4th Cir. R. 25(c)(2).  Accordingly, we deny Asemani's motion to seal and affirm the district court's order. *Asemani v. United States Dep't of Homeland Sec.*, No. 1:24-cv-01480-DLB (D. Md. Aug. 22, 2024).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*